UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19cv62210

RYAN TURIZO,

    Plaintiff,

v.

MCCARTHY, BURGESS & WOLFF, INC,

    Defendant.

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**
**INJUNCTIVE RELIEF SOUGHT**

Plaintiff RYAN TURIZO ("Plaintiff"), by and through undersigned counsel, seeks redress for the illegal practices of Defendant MCCARTHY, BURGESS & WOLFF, INC. ("Defendant"), *to wit*, for Defendant's violations the Fair Debt Collection Practices Act ("FDCPA") and the Florida Consumer Collection Practices Act ("FCCPA").

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court arises under 15 U.S.C. §1692k(d), 28 U.S.C. § 1331, and 28 U.S.C. § 1337.

2. Venue in this District is proper because Plaintiff resides here, Defendant transacts business here, and the complained conduct of Defendant occurred here.

**PARTIES**

3. Plaintiff is a natural person, and a citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant is an Ohio corporation, with its principal place of business located in Cleveland, Ohio.

5. Defendant engages in interstate commerce by regularly using telephone and mail in a business whose principal purpose is the collection of debts.

## DEMAND FOR JURY TRIAL

6. Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

7. On information and belief, the subject debt which Defendant sought to collect, as set forth below, was financial obligation incurred primarily for personal, family, or household purposes (the "Consumer Debt").

8. Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

9. Defendant is a business entity engaged in the business of collecting consumer debts.

10. Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

11. Defendant is registered with the Florida Office of Financial Regulation as a "Consumer Collection Agency." Defendant's "Consumer Collection Agency" license number is CCA9902831.

12. Defendant maintains all the records specified in Rule 69V-180.080, Florida Administrative Code.

13. The records specified by Rule 69V-180.080, Florida Administrative Code, of which does Defendant maintain, are current to within one week of the current date.

14. Defendant is a "debt collector" as defined by the FDCPA and FCCPA. *See* 15 U.S.C §1692a(6); Fla. Stat. §559.55(7).

PAGE | **2** of **4**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

15. On a date better known by Defendant, Defendant began attempting collect the Consumer Debt.

16. The alleged debtor of the Consumer Debt is Nicholas Pritchard. Plaintiff is not the debtor of the Consumer Debt; however, Nicholas Pritchard is a personal friend of Plaintiff.

17. On August 28, 2019, Defendant called Plaintiff's cellular phone number ending in 7820 (the "7820 Number") in an attempt to collect the Consumer Debt. In particular, when Plaintiff answered Defendant's phone call, Defendant requested to speak with Nicholas Pritchard. Plaintiff responded by asking Defendant why it (Defendant) wanted to speak with Nicholas Pritchard and Defendant stated that it (Defendant) was calling in regard to a debt owed by Nicholas Pritchard.

18. Plaintiff is the sole subscriber of the 7820 Number. At no point in time was Nicholas Pritchard associated with, or for that matter, capable of being reached at the 7820 Number. On information and belief, Defendant obtained the 7820 Number by "*skip tracing*" Nicholas Pritchard in an attempt to collect the Consumer Debt.

19. Defendant's phone call to the 7820 Number, i.e., *Plaintiff*, was a communication in connection with the collection of a debt.

20. On information and belief, Defendant did not have *any* consent, approval, right, or authority, to call Plaintiff in connection with the collection of the Consumer Debt.

### *COUNT I.*
### VIOLATION OF 15 U.S.C. § 1692c(b)

21. Plaintiff incorporates by reference paragraphs 1-20 of this Complaint as though fully stated herein.

22. Section 1692k(a) of the FDCPA provides, in relevant part, "any debt collector who fails to comply with any provision of the subchapter with respect to ***any person*** is liable ***to such***

PAGE | **3** of 4

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

*person*" under the FDCPA. 15 U.S.C. § 1692k(a) (emphasis added).

23. Section 1692c(b) of the FDCPA provides, "a debt collector may not communicate, in connection with the collection of any debt, ***with any person*** other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector." 15 U.S.C. § 1692c(b) (emphasis added).

24. Here, as set forth above, Defendant called Plaintiff in connection with the collection of, or otherwise in an attempt to collect, the Consumer Debt. Simply put, setting aside the fact that Defendant's statement to Plaintiff that it (Defendant) was calling in regard to a debt owed by Nicholas Pritchard is a clear-cut violation of 15 U.S.C. § 1692b(2)), Defendant, by and through communicating with Plaintiff in connection with the collection of the Consumer Debt, violated § 1692c(b) of the FDCPA.

WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief: (a) statutory, as provided under 15 U.S.C. §1692k; (b) costs and reasonable attorneys' fees as provided by 15 U.S.C. §1692k; (c) any other relief that this Court deems appropriate and just under the circumstances.

Dated: September 4, 2019

Respectfully Submitted,

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136

*COUNSEL FOR PLAINTIFF*

PAGE | **4** of **4**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com